■ EDWARD B. ROCK, Individually and as Administrator of the Estate of BEATRICE L. ROCK, Deceased, Appellant, v. FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent.— Motion by respondent for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ MORRIS COHEN, Appellant, v. LEAH WEITZNER, Respondent.— Motion by appellant for reargument denied, with $10 costs. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ FRANK MIRABILIO et al., Respondents, v. INCORPORATED VILLAGE OF VALLEY STREAM, Appellant, et al., Defendant.— Motion by respondents for reargument or for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Ughetta, Brennan, Rabin and Hopkins, JJ., concur.

■ JAMES STODDARD, an Infant, by FRANCIS J. STODDARD, His Guardian ad Litem, Appellant, v. CITY OF NEW YORK, Respondent.— Motion by appellant for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ BERTHA SIKORA, Respondent, v. GENE D. KEILLOR et al., Appellants, et al., Defendant.— Motion by plaintiff-respondent for permission to appeal to the Court of Appeals, granted. Pursuant to statute (Civ. Prac. Act, § 589, subd. 4), we certify that questions of law have arisen which in our opinion ought to be reviewed by the Court of Appeals. The following question is certified: Was the order of this court, dated July 9, 1962, insofar as it relates to the defendant Gene D. Keillor, properly made? We further certify that such order was made solely on the law and not in the exercise of discretion (see Sikora v. Keillor, 17 A D 2d 6). Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ In the Matter of JEROME A. WEISS, Respondent, v. ROBERT E. HERMAN, as State Rent Administrator, Appellant.— Motion by appellant for permission to appeal to the Court of Appeals, granted. Pursuant to statute (Civ. Prac. Act, § 589, subd. 4), we certify that questions of law have arisen which in our opinion ought to be reviewed by the Court of Appeals. The following question is certified: Was the order of this court, dated May 28, 1962, properly made? We further certify that such order was made solely on the law and not in the exercise of discretion. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN O. HUNTER, Appellant.— Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD LEDERER, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL D'AMBROSIA, Appellant.— Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur. [In each action] Motion by appellant for reargument, denied.

■ JOSEPHINE ARCURI, Appellant, v. BENJAMIN SCHWARTZ et al., Respondents.— Motions by respondents for reargument or for leave to appeal to the Court of Appeals, denied, with $10 costs. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ LAWRENCE DIETZ, JR., Appellant, v. LUCIE M. DIETZ, Respondent.— Motion by appellant for reargument of motion for leave to appeal to the Court of Appeals, denied, without costs. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.